UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ALLEN NASSIFF, on behalf of himself )
and all other similarly situated, )
                    PLAINTIFF )
v. ) Case No. 2:07-cv-32
                                         )
NVIDIA CORPORATION; ) CLASS ACTION
ATI TECHNOLOGIES, INC., and )
ADVANCED MICRO DEVICES, INC., )
                    DEFENDANTS )

## STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONFER ON AND FILE A DISCOVERY SCHEDULE

Plaintiff Allen Nassiff ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly move the Court to extend the time to respond to the complaint in this action (the "Complaint") and to confer on and file a discovery schedule as follows:

1.     On February 20, 2007, Plaintiff filed the Complaint, which alleges claims under federal and state antitrust and unfair competition laws. Plaintiff styled the Complaint as a putative class action.

2.     As of the date of this motion, at least 35 other complaints have been filed in other judicial districts around the country. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3.     On December 8, 2006, the plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in the Northern District of California all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint

("JPML Motion"). On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation of these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer in either the Northern or Central Districts of California.

4.    Oral argument on the JPML Motion is scheduled for March 29, 2007 in San Antonio, Texas. The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

5.    In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties have agreed to extend the time for Nvidia and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML Motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown. The parties also have agreed that the obligation to conduct a scheduling conference and file a discovery schedule should be likewise extended.

///

///

///

6. The parties respectfully request the Court to enter an order consistent with these stipulations.

Dated at South Burlington, Vermont this 8th day of March 2007.

/s/ Mary G. Kirkpatrick
Mary G. Kirkpatrick, Esq.
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403
(802) 651-0960

Attorneys for Plaintiff
ALLEN NASSIF


Dated at Burlington, Vermont this 8th day of March 2007.

Richard T. Cassidy, Esq.
Hoff Curtis
P.O. Box 1124
100 Main Street
Burlington, VT 05402
(802)-864-6400

Attorneys for Defendant
NVIDIA CORPORATION

Dated at Burlington, Vermont this 8th day of March 2007.

/s/ Robert F. O'Neill
Robert F. O'Neill
Gravel and Shea
76 St. Paul Street - 7th Floor
P.O. Box 369
Burlington, VT 05402
(802) 658-0220
Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.

IT IS SO ORDERED.

_____
Hon. William K. Sessions, III
Chief Judge

1030355 v1/SF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALLEN NASSIFF, on behalf of himself and all other similarly situated, <br> PLAINTIFF <br> v. <br><br> NVIDIA CORPORATION; <br> ATI TECHNOLOGIES, INC., and <br> ADVANCED MICRO DEVICES, INC., <br> DEFENDANTS | Case No. 2:07-cv-32 <br><br> <u>CLASS ACTION</u> |

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2007, I electronically filed (1) STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONFER ON AND FILE A DISCOVERY SCHEDULE; and (2) DEFENDANT NVIDIA CORPORATION'S DISCLOSURE PURSUANT TO L.R. 5.2(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Mary G. Kirkpatrick, 1233 Shelburne Road, Suite E-1, South Burlington, VT 05403, Attorney for Plaintiff Allen Nassiff, and Robert F. O'Neill, Gravel & Shea, P.O. Box 369, Burlington, VT 05402, Attorney for Defendants ATI Technologies, Inc. and Advanced Micro Devices, Inc.

/s/ Richard T. Cassidy
Hoff Curtis
P.O. Box 1124
100 Main Street
Burlington, VT 05402
(802)-864-6400
rcassidy@hoffcurtis.com

Attorneys for Defendant
NVIDIA CORPORATION

6136.000.certif of service.001



Hoff, Curtis, Pacht,
Cassidy, Frame,
Somers & Katims, P.C.

P. O. Box 1124
Burlington, Vermont
05402-1124