UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ALLEN NASSIFF, on behalf of himself )
and all other similarly situated, )
       PLAINTIFF )
  v. ) Case No. 2:07-cv-32
  )
NVIDIA CORPORATION; ) CLASS ACTION
ATI TECHNOLOGIES, INC., and )
ADVANCED MICRO DEVICES, INC., )
       DEFENDANTS )

### DEFENDANT NVIDIA CORPORATION'S DISCLOSURE PURSUANT TO L.R. 5.2(B)

Defendant Nvidia Corporation ("Nvidia"), discloses pursuant to L.R. 5.2(b) that it has no parent companies, subsidiaries (except wholly owned subsidiaries), or affiliates that have issued shares of ownership to the public.

Dated: March 8, 2007

Richard T. Cassidy, Esq.
Hoff Curtis
P.O. Box 1124
100 Main Street
Burlington, VT 05402
(802)-864-6400

6136.000.L.R.5.2(b)Disclosure.001



Hoff, Curtis, Pacht,
Cassidy, Frame,
Somers & Katims, P.C.

P. O. Box 1124
Burlington, Vermont
05402-1124