UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2007 MAR 27 AM 9: 42

BY _____
DEPUTY CLERK

ALLEN NASSIFF, on behalf of himself )
and all others similarly situated, )
         Plaintiff )
)
v. ) Docket No. 2:07-CV-32
)
NVIDIA CORPORATION, )
ATI TECHNOLOGIES, INC., and )
ADVANCED MICRO DEVICES, INC., )
         Defendants )

DEFENDANT ADVANCED MICRO
DEVICES, INC.'S DISCLOSURE PURSUANT TO L.R. 5.2(B)

Pursuant to L.R. 5.2(b), Defendant Advanced Micro Devices, Inc. ("AMD") discloses that as of this date, other than AMD, there is nothing to report.

Dated:    Burlington, Vermont
            March 26, 2007

                                   Robert F. O'Neill, Esq.
                                   Gravel and Shea
                                   76 St. Paul Street, 7th Floor
                                   P. O. Box 369
                                   Burlington, VT 05402-0369
                                   (802) 658-0220
                                   For Defendant
                                   Advanced Micro Devices, Inc.

## CERTIFICATE OF SERVICE

I, Robert F. O'Neill, Esq., attorney for Defendant Advanced Micro Devices, Inc., certify that on March 26, 2007, I served Defendant Advanced Micro Devices, Inc.'s Disclosure Pursuant to L.R. 5.2(b), by causing a copy to be mailed, postage prepaid to the following:

Richard T. Cassidy, Esq.  
Hoff Curtis  
P.O. Box 1124  
Burlington, VT 05402-1124

Mary G. Kirkpatrick, Esq.  
Kirkpatrick & Goldsborough, PLLC  
1233 Shelburne Road, Suite E-1  
South Burlington, VT 05403

Dated: Burlington, Vermont  
March 26, 2007

Robert F. O'Neill, Esq.  
Gravel and Shea  
76 St. Paul Street, 7th Floor  
P. O. Box 369  
Burlington, VT 05402-0369  
(802) 658-0220  
For Defendant  
Advanced Micro Devices, Inc.