UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2007 MAR 27 AM 9:42

BY _____
DEPUTY CLERK

| | |
|---|---|
| ALLEN NASSIFF, on behalf of himself and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>NVIDIA CORPORATION,<br>ATI TECHNOLOGIES, INC., and<br>ADVANCED MICRO DEVICES, INC.,<br>    Defendants | Docket No. 2:07-CV-32 |

DEFENDANT ATI TECHNOLOGIES, INC.'S
DISCLOSURE PURSUANT TO L.R. 5.2(B)

Pursuant to L.R. 5.2(b), Defendant ATI Technologies, Inc. ("ATI") discloses that Advanced Micro Devices, Inc. is the owner of ATI.

Dated:  Burlington, Vermont
     March 26, 2007

                       Robert F. O'Neill, Esq.
                       Gravel and Shea
                       76 St. Paul Street, 7th Floor
                       P. O. Box 369
                       Burlington, VT 05402-0369
                       (802) 658-0220
                       For Defendant ATI Technologies, Inc.

CERTIFICATE OF SERVICE

      I, Robert F. O'Neill, Esq., attorney for Defendant ATI Technologies, Inc., certify that on March 26, 2007, I served Defendant ATI Technologies, Inc.'s Disclosure Pursuant to L.R. 5.2(b), by causing a copy to be mailed, postage prepaid to the following:

| | |
|---|---|
| Richard T. Cassidy, Esq. | Mary G. Kirkpatrick, Esq. |
| Hoff Curtis | Kirkpatrick & Goldsborough, PLLC |
| P.O. Box 1124 | 1233 Shelburne Road, Suite E-1 |
| Burlington, VT 05402-1124 | South Burlington, VT 05403 |

Dated:    Burlington, Vermont
             March 26, 2007

                                      Robert F. O'Neill, Esq.
                                      Gravel and Shea
                                      76 St. Paul Street, 7th Floor
                                      P. O. Box 369
                                      Burlington, VT 05402-0369
                                      (802) 658-0220
                                      For Defendant ATI Technologies, Inc.

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369

289227.1/6763011.WPD/

-2-