# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

RICHARD PAUL WASKO
CLERK

☑ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
☐ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

June 4, 2007

Richard Wieking, Clerk
United States District Court
   for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    RE: *MDL 07-1826 In re Graphics Processing Units Antitrust Litigation*
<u>Our Docket No. 2:07-CV-32</u>

Dear Clerk of Court:

    The above captioned case which has been transferred to your district pursuant to Conditional Transfer Order from the Judicial Panel on Miltidistrict Litigation . Please visit URL for Quick Query: https://ecf.vtd.circ2.dcn/cgi-bin/pquery.pl to download any documents you may need. I have included a certified copy of the docket sheet.

                                       Sincerely,

                                       Richard Paul Wasko
                                       Clerk

                                       BY: *Lisa Wright*
                                               Deputy Clerk

Copy to: attorneys of record