CLOSED

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00032-wks

Nassiff v. Nvidia Corporation et al  
Assigned to: Hon. William K. Sessions, III  
Cause: 15:1 Antitrust Litigation

Date Filed: 02/20/2007  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Allen Nassiff**  
*on behalf of himself and all others similarly situated*

represented by **Mary Gilmore Kirkpatrick**  
Kirkpatrick & Goldsborough, PLLC  
1233 Shelburne Road, Suite E-1  
South Burlington, VT 05403  
(802) 651-0960  
Fax: (802) 651-0964  
Email: mkirk@vtlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nvidia Corporation**

represented by **Richard T. Cassidy**  
Hoff Curtis  
100 Main Street  
P.O. Box 1124  
Burlington, VT 05402-1124  
(802) 864-6400  
Fax: (802) 860-1565  
Email: rcassidy@hoffcurtis.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**ATI Technologies, Inc.**

represented by **Robert F. O'Neill**  
Gravel and Shea  
76 St. Paul Street, 7th Floor  
P.O. Box 369  
Burlington, VT 05402-0369  
(802) 658-0220  
Fax: (802) 658-1456  
Email: roneill@gravelshea.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Micro Devices, Inc.**　　represented by **Robert F. O'Neill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2007 | 1 | CLASS ACTION COMPLAINT against Nvidia Corporation, ATI Technologies, Inc., Advanced Micro Devices, Inc. filed by Allen Nassiff. (Filing fee $350) (Attachments: # 1 Civil Cover Sheet)(law) (Entered: 02/20/2007) |
| 03/09/2007 | 2 | STIPULATED MOTION to Extend Time to Respond to 1 Complaint and to Confer on and File a Discovery Schedule by Allen Nassiff, Nvidia Corporation, ATI Technologies, Inc., Advanced Micro Devices, Inc.. (law) (Entered: 03/13/2007) |
| 03/09/2007 | 3 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 5.2(b) by Nvidia Corporation. (law) (Entered: 03/13/2007) |
| 03/21/2007 | 4 | ORDER granting 2 Stipulated Motion to Extend Time to Answer. Signed by Judge William K. Sessions III on 03/21/07. (This is a text only Order.) (eae) (Entered: 03/21/2007) |
| 03/27/2007 | 5 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 5.2(b) by Advanced Micro Devices, Inc. (law) Text corrected 3/27/2007. (jmm) (Entered: 03/27/2007) |
| 03/27/2007 | 6 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 5.2(b) by ATI Technologies, Inc. (law) (Entered: 03/27/2007) |
| 04/09/2007 | 7 | WAIVER OF SERVICE Returned Executed: Nvidia Corporation waiver sent on 2/21/2007, answer due 4/23/2007. (law) (Entered: 04/09/2007) |
| 06/04/2007 | 9 | CONDITIONAL TRANSFER ORDER (CTO-1), Docket No. 1826, Judicial Panel on Multidistrict Litigation. Case transferred to District of Northern District of California. Certified copy of docket sheet sent. (law) (Entered: 06/04/2007) |
| 06/04/2007 | 10 | LETTER to USDC-Northern District of California. (law) (Entered: 06/04/2007) |

| PACER Service Center |||
|---|---|---|
| **Transaction Receipt** |||
| 06/13/2007 12:24:23 |||
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:07-cv-00032-wks |

| Billable Pages: | 1 | Cost: | 0.08 |